UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:13-mj-252 |
| | ) | |
| vs. | ) | |
| | ) | |
| RUBEN WILLIAMS | ) | JUDGE CARTER |

MEMORANDUM AND ORDER

  In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing and detention hearing were held in this action on September 17, 2013. Those present included:

  (1) An Asst. U.S. Attorney (AUSA) for the Government.
  (2) The defendant.
  (3) Attorney Hallie McFadden for defendant.

  Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

  The defendant acknowledged he had received a copy of the Criminal Complaint. It was determined he was capable of being able to read and understand these proceedings.

  The AUSA moved the court the defendant be detained without bail.

<u>Detention Hearing and Preliminary Hearing - Proof</u>

  The AUSA called ATF Special Agent Gray Lane as a witness. He testified to the facts outlined in the affidavit attached to the criminal complaint.

<u>Findings</u>

  Having heard and considered the testimony of the Agent Lane during the detention hearing and preliminary hearing and the Affidavit/Complaint, the undersigned finds:

  (1) There is probable cause to believe that there have been
    violations of 21 U.S.C. § 841(a)(1) and (b)(1)(C), possession with
    the intent to distribute crack cocaine; and 18 U.S.C. § 922(g),
    possession of firearms and ammunition by a convicted felon,

1

committed in the Eastern District of Tennessee.

(2) There is probable cause to believe the defendant committed the aforesaid offenses.

(3) The proof the defendant committed the aforesaid offenses is strong.

(4) There are no conditions nor are there any combinations of conditions which will reasonably assure the safety of the community or the presence of the defendant at future hearings.

<u>Conclusions</u>

It is ORDERED:

(1)   The defendant is held to answer the charges against him in the District Court.

(2) The AUSA's motion to detain the defendant without bail is GRANTED for reasons set out in the separate ORDER OF DETENTION PENDING TRIAL filed with this order.

(3) The defendant's next appearance shall be before a U.S. Magistrate Judge at **10:00 a.m. on Thursday, September 26, 2013.**

ENTER.

<u>S /*William B. Mitchell Carter*</u>
UNITED STATES MAGISTRATE JUDGE